**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 09-cv-01165-LTB-BNB

STEPHEN LAWSON,

    Plaintiff,

v.

WESTERN SKYWAYS, INC.,

    Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant's Motion for Leave to File Third-Party Complaint against Rocky Mountain Straight Flight, Inc. (Doc 17 - filed November 6, 2009) is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.1(A).

Dated: November 10, 2009
_____