**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  09-cv-01165-LTB-BNB

STEPHEN LAWSON,

       Plaintiff,

v.

WESTERN SKYWAYS, INC.,

       Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

     Defendant's Unopposed Motion for Leave to File Third-Party Complaint Against Rocky Mountain Straight Flight, Inc., (Doc No. 20) is GRANTED.

Dated:   November 18, 2009
_____