IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01165-LTB-BNB

STEPHEN LAWSON,

Plaintiff,

v.

WESTERN SKYWAYS, INC.,

Defendant,

v.

ROCKY MOUNTAIN STRAIGHT FLIGHT, INC.,

Third-Party Defendant.

Civil Action No. 09-cv-01717-LTB-BNB

EMPLOYERS MUTUAL CASUALTY COMPANY,

Plaintiff,

v.

WESTERN SKYWAYS, INC.,

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Leave to Appear Telephonically at the May 26, 2010 Hearing on Defendant's Motion to Compel** [docket no. 59, filed May 21, 2010] (the "Motion").

IT IS ORDERED that the Motion is DENIED.

DATED: May 21, 2010