IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01165-LTB-BNB

STEPHEN LAWSON,

Plaintiff,

v.

WESTERN SKYWAYS, INC.,

Defendant,

v.

ROCKY MOUNTAIN STRAIGHT FLIGHT, INC.,

Third-Party Defendant.

Civil Action No. 09-cv-01717-LTB-BNB

EMPLOYERS MUTUAL CASUALTY COMPANY,

Plaintiff,

v.

WESTERN SKYWAYS, INC.,

Defendant.

_____

**ORDER**
_____

This matter arises on the following:

(1) **Motion By Defendant Western Skyways, Inc. to Compel Depositions of Plaintiff's Experts and Extend the Deadline for Designation of Experts** [Doc. # 50, filed 5/10/2010] (the "Motion to Compel"); and

(2) **Unopposed Motion to Postpone the Date of the Settlement Conference** [Doc. # 62, filed 5/24/2010] (the "Motion to Vacate").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel [Doc. # 50] is GRANTED. The plaintiff shall make his experts available for depositions at a date and time agreed to by the parties and prior to the deadline for defendant's designation of experts. In the event the defendant chooses to depose the plaintiff's experts prior to the completion of all expert disclosures, however, and absent extraordinary circumstances which I cannot now foresee, the defendant is entitled to depose an expert a single day for not more than seven hours. See Fed. R. Civ. P. 30(d)(1).

IT IS FURTHER ORDERED that the parties shall submit, on or before **June 4, 2010**, a motion to modify the schedule as may be necessary as a result of this ruling and the consolidation of these cases**.**

IT IS FURTHER ORDERED that the Motion to Vacate [Doc. # 62] is GRANTED. The settlement conference set for June 2, 2010, is VACATED, to be reset at the request of the parties.

Dated May 26, 2010.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge