IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01165-LTB-BNB

STEPHEN LAWSON,

Plaintiff,

v.

WESTERN SKYWAYS, INC.,

Defendant.

Civil Action No. 09-cv-01717-LTB-BNB

EMPLOYERS MUTUAL CASUALTY COMPANY,

Plaintiff,

v.

WESTERN SKYWAYS, INC.,

Defendant.

---

**ORDER**

---

This matter arises on the **Unopposed Motion to Modify Scheduling Order** [Doc. # 66, filed 6/4/2010] (the "Motion"). Good cause having been shown:

IT IS ORDERED that the Motion is GRANTED IN PART, and the case schedule is modified to the following extent:

Discovery Cut-Off: **November 5, 2010**

(All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

Dispositive Motions Deadline: **November 5, 2010**

Expert Disclosures:[1]

- The defendants shall designate all experts and rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 3, 2010**

- The plaintiffs shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 1, 2010**

Settlement Conference: A settlement conference will be held on **November 30, 2010, at 2:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement statement to the magistrate judge on or before **November 23, 2010**, outlining the facts and issues in the case and containing a specific offer of compromise, including a

[1]The plaintiffs' expert witnesses have already been designated and the Rule 26(a)(2) disclosures completed. See Motion [Doc. # 66] at ¶8(d)(3).

dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Final Pretrial Conference: The final pretrial conference set for November 5, 2010, at 9:00 a.m., is VACATED and RESET to **November 30, 2010, at 1:30 p.m.** A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than November 23, 2010.

IT IS FURTHER ORDERED that the Motion is DENIED in all other respects.

Dated June 8, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge