IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01165-LTB-BNB

STEPHEN LAWSON,

Plaintiff,

v.

WESTERN SKYWAYS, INC.,

Defendant.

Civil Action No. 09-cv-01717-LTB-BNB

EMPLOYERS MUTUAL CASUALTY COMPANY,

Plaintiff,

v.

WESTERN SKYWAYS, INC.,

Defendant.

_____

**ORDER**
_____

I am informed that this consolidated case has been resolved.  Accordingly,

IT IS ORDERED that on or before December 31, 2010, the parties shall file a stipulation

or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated November 30, 2010.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge