**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 09-cv-01165-LTB-BNB
(Consolidated w/ 09-cv-01717-LTB)

STEPHEN LAWSON
EMPLOYERS MUTUAL CASUALTY COMPANY,

        Plaintiffs,

v.

WESTERN SKYWAYS, INC.,

        Defendant,

---

### ORDER OF DISMISSAL

---

THIS MATTER having come before the Court on the Joint Stipulation to Dismiss Action With Prejudice (Doc 102 - filed January 21, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:

          s/Lewis T. Babcock
        Lewis T. Babcock, Judge

DATED: January 24, 2011